UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JASON COOK,
    Plaintiff,

v.                            C.A. No. 09-169 S

A.T. WALL, ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 28, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendants' Motion to Dismiss is hereby DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/15/10